AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| STEVE GALLION, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>RX VALLET, LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>*Defendant(s)* | Civil Action No. 2:20-cv-09057 JAK (JEMx) |

**ALIAS** **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* RX VALET, LLC
c/o Gregory P. Santulli, Registered Agent
1580 Atkinson Rd.
Lawrenceville, GA 30043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Todd M. Friedman
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry Gray
*CLERK OF COURT*

Date: December 2, 2020

/s/ *Jennylam*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-CV-09057-JAK-JEM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RX Valet, LLC, c/o Gregory P. Santulli, Registered Agent was received by me on *(date)* 12/02/2020

☐ I personally served the summons on the individual at *(place)*
on *(date)*                         ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*              , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jamie Johnson                     , who is designated by law to accept service of process on behalf of *(name of organization)* RX Valet, LLC
1580 Atkinson Road, Lawrenceville, GA 30043    on *(date)* 12/11/2020   ; or

☐ I returned the summons unexecuted because                                ; or

☐ Other *(specify)*:

My fees are $           for travel and $           for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

Parks Harris
*Printed name and title*

16106 S. Rt 59, Suite 200
Plainfield, IL 60586

*Server's address*

Additional information regarding attempted service, etc:

Docuemnts Served: Alias Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet, Notice of Interested Parties, Assignment for Judge, Notice of ADR Program and Standing Order

Successful Service attempt: 12/11/2020 @ 10:41AM; service was completed on Jamie Johnson (Female, White, Brown Hair, 30-35 yrs old, approx. 5'4", and 125lbs) who is authorized to accept service on behalg of RX Valet, LLC

553067